**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ground Options LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1494130** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

| | |
|---|---|
| **Principal place of business** | **Mailing address, if different from principal place of business** |
| **7325 Janes Avenue**<br>**Woodridge, IL 60517**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Ground Options LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | ____ | When | ____ | Case number | ____ |
|---|---|---|---|---|---|
| District | ____ | When | ____ | Case number | ____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | ____ | | Relationship | ____ |
|---|---|---|---|---|
| District | ____ | When ____ | Case number, if known | ____ |

| Debtor | **Ground Options LLC** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

██   **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Ground Options LLC**                                          Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  3, 2020**
               MM / DD / YYYY

X **/s/ William Maulsby**                                  **William Maulsby**
  Signature of authorized representative of debtor         Printed name

Title    **CEO and Managing Partner**

**18. Signature of attorney**

X **/s/ David K. Welch**                    Date  **November  3, 2020**
  Signature of attorney for debtor                MM / DD / YYYY

**David K. Welch 06183621**
Printed name

**Burke, Warren, MacKay & Serritella, P.C.**
Firm name

**330 N. Wabash**
**21st Floor**
**Chicago, IL 60611**
Number, Street, City, State & ZIP Code

Contact phone   **312-840-7122**    Email address   **dwelch@burkelaw.com**

**06183621 IL**
Bar number and State

Debtor    **Ground Options LLC**                                    Case number (*if known*)  _____
      Name

▓▓▓▓  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 3, 2020**
           MM / DD / YYYY

X _____          **William Maulsby**
   Signature of authorized representative of debtor          Printed name

Title    **CEO and Managing Partner**

---

**18. Signature of attorney**      X _____          Date  **November  3, 2020**
        Signature of attorney for debtor                  MM / DD / YYYY

    **David K. Welch 06183621**
    Printed name

    **Burke, Warren, MacKay & Serritella, P.C.**
    Firm name

    **330 N. Wabash**
    **21st Floor**
    **Chicago, IL 60611**
    Number, Street, City, State & ZIP Code

    Contact phone   **312-840-7122**          Email address   **dwelch@burkelaw.com**

    **06183621 IL**
    Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ground Options LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Academy Bus Attn: Francis Tedesco 111 Paterson Ave. Hoboken, NJ 07030** | | | **Disputed** | | | $375,649.69 |
| **Academy Express 111 Paterson Ave. Attn: Francis Tedesco Hoboken, NJ 07030** | | | **Disputed** | | | $63,129.50 |
| **Ace Express Coaches 1400 W 44th Ave. Attn: Matt Austin Golden, CO 80403** | | | | | | $61,107.15 |
| **Cline Tours PO Box 1498 Attn: John McCommon Ridgeland, MS 39158** | | | | | | $105,854.20 |
| **Coach USA Lakefront Lines 13315 Brookpark Rd. Attn: Scott Sprengel Brookpark, OH 44142** | | | **Unliquidated Disputed** | | | $179,478.30 |
| **Coach USA Suburban Transit 750 Somerset St. Attn: Scott Sprengel New Brunswick, NJ 08901** | | | **Unliquidated Disputed** | | | $124,460.25 |
| **Fifth Third Bank 4685 Winfield Road Warrenville, IL 60555** | | **Payroll protection payment loan to be forgiven.** | **Contingent** | | | $183,702.50 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Ground Options LLC** | | Case number *(if known)* | | |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Grayline Nashville 1307 Lebanon Pike Attn: Chuck Abbott Nashville, TN 37210 | | | | | | $45,485.00 |
| Holiday Motor Coach 1095 E. Iona Attn: Brad Lott Idaho Falls, ID 83401 | | | | | | $45,186.38 |
| Holiday Tours 10367 Randleman Road Attn: Jonathon Moody Randleman, NC 27317 | | | Disputed | | | $250,155.06 |
| Kincaid Coach Lines 23889 West 40th St. Attn: Scott Kincaid Shawnee, KS 66226 | | | | | | $29,871.00 |
| Lakefront Tours - Book a Seat 13315 Brookpark Rd. Attn: Mark Dominick Brookpark, OH 44142 | | | | | | $43,820.64 |
| MTR Western 720 S Forest St. Attn: Jeremy Butzlaff Seattle, WA 98134 | | | | | | $32,681.00 |
| National Collegiate Athletics Assc. PO Box 6222 Attn: David LaFiesco Indianapolis, IN 46206-6222 | | | Unliquidated Disputed | | | $1,732,198.63 |
| Palomino Systems Innovations, Inc. 1001-130 Queens Quay East Attn: Markus Latzel Toronto, ON | | | | | | $79,471.36 |
| Peter Pan Bus 1 Peter Pan Way Attn: Brian Stefano Springfield, MA 01103 | | | | | | $62,998.95 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ground Options LLC**
_____    Case number *(if known)*    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Riteway Bus Service W201 N13900 Fond Du Lac Ave. Attn: Bob Zanotti Richfield, WI 53076** | | | | | | **$30,615.00** |
| **Transportation Charter Services 1931 N. Battavia St. Attn: Kathryn Fischer Orange, CA 92865** | | | | | | **$34,770.00** |
| **University of Pittsburgh 127 Ruskin Hall, 120 Ruskin Ave. Attn: Kevin Sheely Pittsburgh, PA 15213** | | | **Unliquidated Disputed** | | | **$426,649.00** |
| **Wynne Transportation 7650 Esters Blvd. Attn: Bedford Wynne Irving, TX 75063** | | | | | | **$68,590.63** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**United States Bankruptcy Court**
**Northern District of Illinois**

In re    **Ground Options LLC**

Debtor(s)

Case No. _____
Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **58**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **November  3, 2020**

**William Maulsby/CEO and Managing Partner**
Signer/Title

A Yankee Line
370 West First Street
Attn: Mike Costa
Boston, MA 02127


Abbott Bus Lines
17004 Granby St. Ne
Attn: John Abbott
Roanoke, VA 24012


Academy Bus
Attn: Francis Tedesco
111 Paterson Ave.
Hoboken, NJ 07030


Academy Express
111 Paterson Ave.
Attn: Francis Tedesco
Hoboken, NJ 07030


Ace Express Coaches
1400 W 44th Ave.
Attn: Matt Austin
Golden, CO 80403


All Aboard America
230 S Country Club Drive
Attn: Matt Austin
Mesa, AZ 85210


Arrow Stagelines AZ
4220 S 52nd Street
Attn: Luke Busskohl
Omaha, NE 68117


Arrow Stagelines CO
4220 S 52nd Street
Attn: Luke Busskohl
Omaha, NE 68117


Arrow Stagelines KC
4220 S 52nd Street
Attn: Luke Busskohl
Omaha, NE 68117

Arrow Stagelines NV
4220 S 52nd Street
Attn: Luke Busskohl
Omaha, NE 68117


Best-Vip Chauffeured
2701 S Birch Street
Attn: Robert Vaughan
Santa Ana, CA 92707


Black Tie Transportation
3060 Ridgewood Road
Attn. Gray Hill
Winston Salem, NC 27107


Cavalier Coach
25 Eled Way
Attn: Joan Libby
Dedham, MA 02026


Chicago Classic Coach
401 E. Prospect Ave. Suite 113
Attn: Cark Ekberg
Mount Prospect, IL 60056


Cline Tours
PO Box 1498
Attn: John McCommon
Ridgeland, MS 39158


Coach USA Lakefront Lines
13315 Brookpark Rd.
Attn: Scott Sprengel
Brookpark, OH 44142


Coach USA Lenzner Tour & Travel
110 Lenzner Court
Attn: Scott Sprengel
Sewickley, PA 15143


Coach USA Suburban Transit
750 Somerset St.
Attn: Scott Sprengel
New Brunswick, NJ 08901

Croswell Vip
975 West Main Street
Attn: John Croswell
Williamsburg, OH 45176


David Thomas Tours
14005 Mcnulty Road
Attn: David Benedict
Philadelphia, PA 19154


Escot Bus Lines
6890 142nd Ave. N
Attn: Brian Scott
Largo, FL 33771


Fifth Third Bank
4685 Winfield Road
Warrenville, IL 60555


Fisher Bus Inc.
161 Johnson St.
Attn: Allen Fisher
Somerset, MA 02726


Gold Shield Vip Coach Inc.
765 Miles Point Way
Attn: George Doyle
Lexington, KY 40510


Grayline Nashville
1307 Lebanon Pike
Attn: Chuck Abbott
Nashville, TN 37210


Gulf Coast Tours
7860 Shillinger Park Road
Attn: Nick Chamblee
Mobile, AL 36608


Hale's Bus Garage, LLC
37 Kirkland Ave.
Attn: Stephen Hale
Clinton, NY 13323

Holiday Motor Coach
1095 E. Iona
Attn: Brad Lott
Idaho Falls, ID 83401


Holiday Tours
10367 Randleman Road
Attn: Jonathon Moody
Randleman, NC 27317


Justin Custardo
382 Greenwich Ave., Suite 2
Greenwich, CT 06830


Kelly Tours
2788 Hwy 80 West
Attn: Don Kelly
Garden City, GA 31408


Kincaid Coach Lines
23889 West 40th St.
Attn: Scott Kincaid
Shawnee, KS 66226


Lakefront Tours - Book a Seat
13315 Brookpark Rd.
Attn: Mark Dominick
Brookpark, OH 44142


Le Bus
542 South Delong St.
Attn: Dennis Copyak
Salt Lake City, UT 84104


Libertas Finance
382 Greenwich Ave., Suite 2
Attn: Randy Saluck
Greenwich, CT 06830


Little Rock Tours
3100 Interstate 30
Attn: Cary Martin
Little Rock, AR 72206

Local Motin of Boston
66b Rocsam Park Rd.
Attn: Randy Eaton
Braintree, MA 02184


Lux Bus America
851 E Cerritos Ave.
Attn: Matt Austin
Anaheim, CA 92805


Mbt Worldwide
951 East Street
Attn: Russell Libby
Tewksbury, MA 01876


Minnesota Coaches
425 East 31st St.
Attn: Mike Karlen
Hastings, MN 55033


Mlaker Transportation Inc.
1976 Valley View Drive
Attn: Matt Mlaker
Davidsville, PA 15928


MTR Western
720 S Forest St.
Attn: Jeremy Butzlaff
Seattle, WA 98134


National Collegiate Athletics Assc.
PO Box 6222
Attn: David LaFiesco
Indianapolis, IN 46206-6222


Neumann Enterprises
840 Richards Blvd.
Attn: John Neumann
Sacramento, CA 95811


Palomino Systems Innovations, Inc.
1001-130 Queens Quay East
Attn: Markus Latzel
Toronto, ON

Peoria Charter Coach Co.
2600 NE Adams St.
Attn: James Wang
Peoria, IL 61603


Peter Pan Bus
1 Peter Pan Way
Attn: Brian Stefano
Springfield, MA 01103


Riteway Bus Service
W201 N13900 Fond Du Lac Ave.
Attn: Bob Zanotti
Richfield, WI 53076


Safe Charters LLC
104 Spinks Rd
Attn: Dan Neff
Abilene, TX 79603


Transportation Charter Services
1931 N. Battavia St.
Attn: Kathryn Fischer
Orange, CA 92865


Trinity Coach
26500 Van Born Rd.
Attn: Jeff Carnicom
Dearborn Heights, MI 48125


University of Pittsburgh
127 Ruskin Hall, 120 Ruskin Ave.
Attn: Kevin Sheely
Pittsburgh, PA 15213


Whitney Marie
10409 Huxley St.
Austin, TX 78748


William Maulsby
7 S 451 Donwood Drive E
Naperville, IL 60540

Windstar Lines
1903 US Hwy 71
Attn: Jeff Greteman
Carroll, IA 51401


Windy City Limo
2801 S. 25th Ave.
Attn: George Jacob
Broadview, IL 60155


Wynne Transportation
7650 Esters Blvd.
Attn: Bedford Wynne
Irving, TX 75063


Young Transportation
843 Riverside Drive
Attn: Hank Garbee
Asheville, NC 28804